UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DION AUDINETTE,<br><br>   Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden,<br><br>   Respondent. | Case No. 2:18-001850 MWF (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated March 5, 2021 [Dkt. No. 26]. Finding no objections on file, IT IS HEREBY ORDERED:

 1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 26] is accepted;

 2. The Petition is denied and this case is dismissed with prejudice;

///

3. The request for an evidentiary hearing is denied; and

4. Judgment is to be entered accordingly.

DATED: April 21, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge