JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DION AUDINETTE,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>Respondent. | Case No. 2:18-01850 MWF (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: April 21, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge